IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HENDERSON GREEN,** : | CIVIL ACTION NO. 1:20-CV-495 |
| : | |
| **Plaintiff** : | (Judge Conner) |
| : | |
| v. : | |
| : | |
| **LAZER SPOT, INC.,** : | |
| : | |
| **Defendant** : | |

## ORDER

AND NOW, this 22nd day of December, 2021, upon consideration of the motion (Doc. 23) for summary judgment by defendant Lazer Spot, Inc., and the parties' respective briefs in support of and opposition thereto, and for the reasons set forth in the accompanying memorandum of today's date, it is hereby ORDERED that:

1. The motion (Doc. 23) for summary judgment is GRANTED.

2. The Clerk of Court is directed to enter judgment in favor of Lazer Spot, Inc., and against plaintiff Henderson Green on all counts.

3. The Clerk of Court is directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania